# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

FILED
4/15/21 3:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Conciliation Conference:

- **Debtor:** ROBERT DAVID BROWN
- **Case Number:** 18-20670-GLT   **Chapter:** 13
- **Date / Time / Room:** THURSDAY, APRIL 15, 2021 10:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#50 - Trustee's Certificate of Default to Dismiss
+Affidavit by Debtor
R / M #: 50 / 0

### Appearances:

Foster

Debtor:
Trustee: Winnecour / Pail / Katz / **DeSimone** (circled)

Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

4/5/2021   1:35:16PM