FILED
4/15/21 3:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>ROBERT DAVID BROWN<br><br>Debtor(s)<br>Ronda J. Winnecour, Trustee<br>Movant<br>vs.<br>ROBERT DAVID BROWN<br><br>Respondent(s) | Case No. 18-20670GLT<br>Chapter 13<br><br>Related to Document No. 50 |

## ORDER

AND NOW, this 15th day of April 2021, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐   This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐   This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is **FURTHER ORDERED** as follows:

A.   Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.   This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

    C.    The Clerk shall give notice to all creditors of this dismissal.

    D.    Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

    E.    The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

        (1)    the time deadline provided by state law; or

        (2)    30 days after the date of this notice.

☑ This case is not dismissed. The plan term is extended to a total of n/a months; the monthly plan payment amount is changed to $ **972** effective **5-21**.

☐ This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed _____ with / _____ without prejudice, without further notice or hearing.

☐ Other: _____

BY THE COURT:

_____
GREGORY L. TADDONIO    jah
UNITED STATES BANKRUPTCY JUDGE

Page 2 of 2

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Robert David Brown  
    Debtor

Case No. 18-20670-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: jhel      Page 1 of 2  
Date Rcvd: Apr 15, 2021      Form ID: pdf900      Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert David Brown, 2104 Pulaski Road, New Castle, PA 16105-1830 |
| cr | | Capital One Bank USA, N.A. Cabela's Club Visa, Attn: Ashley Boswell, PO Box 82609, Lincoln, NE 68501-2609 |
| 14779505 | + | Capital One / Cabelas, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 14794127 | + | Dr. Kenneth C Woods, 212 West Vine Street, New Wilmington PA 16142-1206 |
| 14779509 | + | FNB Omaha, Po Box 3412, Omaha, NE 68103-0412 |
| 14779508 | + | First National Bank Of Pa, 1 Fnb Boulevard, Hermitage, PA 16148-3363 |
| 14811105 | + | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14784193 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 14809634 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14826103 | | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14779507 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, Elan Financial Service, Po Box 108, Saint Louis, MO 63166 |
| 14779514 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, Us Bank, 4325 17th Avenue South, Fargo, ND 58125 |
| 14794128 | + | Whiting Family Vision, 2055 Mercer New Wilmington Road, New Wilmington PA 16142-2018 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14822018 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 16 2021 03:38:08 | CAPITAL ONE BANK (USA), N.A., CABELA'S CLUB VISA, by American Infosource as agent, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 |
| 14779506 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 16 2021 03:29:06 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14827225 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 16 2021 03:48:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14779510 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 16 2021 03:48:00 | Pnc Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14780177 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2021 03:30:23 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14810316 | | Email/Text: bnc-quantum@quantum3group.com | Apr 16 2021 03:48:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14779511 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2021 03:20:58 | Sears / Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14779512 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 16 2021 03:29:01 | Syncb / Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14779507 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 16 2021 03:48:00 | Elan Financial Service, Po Box 108, Saint Louis, MO 63166 |
| 14779514 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |

|  |  |  | Apr 16 2021 03:48:00 | Us Bank, 4325 17th Avenue South, Fargo, ND 58125 |
| --- | --- | --- | --- | --- |
| 14779513 | + | Email/Text: jsprentz@urc.com | Apr 16 2021 03:49:00 | United Refining, 15 Bradley Street, Warren, PA 16365-3299 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr |  | PNC BANK, National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor PNC BANK  National Association bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Robert David Brown dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor PNC BANK  National Association pawb@fedphe.com |

TOTAL: 6