**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-20670-GLT |
| | : | |
| Robert David Brown, | : | CHAPTER 13 |
| Debtor, | : | |
| | : | RELATED TO DOCKET NO.: 61 |
| Robert David Brown, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J Winnecour, | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING MOTION FOR EXEMPTION FROM FINANCIAL MANAGEMENT COURSE CERTIFICATE**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **March 16, 2023,** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

**You should take this to your lawyer at once.**

An in-person hearing will be held on **April 5, 2023, at 10:00 a.m.** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form 2 via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf). Parties who fail to timely register for remote participation will be expected to attend the hearing in person. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date: <u>February 27, 2023</u>

    Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtors

## **CERTIFICATE OF SERVICE**

  I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Motion for Exemption From Financial Management Course Certificate and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: February 27, 2023          *By: /s/ Sarah Hunt*
                             Sarah Hunt, PARALEGAL
                             FOSTER LAW OFFICES
                             1210 Park Avenue
                             Meadville, PA 16335
                             Tel 814.724.1165
                             Fax 814.724.115

```
Label Matrix for local noticing          Capital One Bank USA, N.A. Cabela's Clu   PRA Receivables Management, LLC
0315-2                                   Attn:  Ashley Boswell                    PO Box 41021
Case 18-20670-GLT                        PO Box 82609                              Norfolk, VA 23541-1021
WESTERN DISTRICT OF PENNSYLVANIA         Lincoln, NE 68501-2609
Pittsburgh
Mon Feb 27 09:51:55 EST 2023

Peoples Natural Gas Company LLC          2                                         CAPITAL ONE BANK (USA), N.A.
c/o S. James Wallace, P.C.               U.S. Bankruptcy Court                     CABELA'S CLUB VISA
845 N. Lincoln Ave.                      5414 U.S. Steel Tower                     by American Infosource as agent
Pittsburgh, PA 15233-1828                600 Grant Street                          4515 N Santa Fe Ave
                                         Pittsburgh, PA 15219-2703                 Oklahoma City OK 73118-7901

Capital One / Cabelas                    (p)JPMORGAN CHASE BANK  N A               Dr. Kenneth C Woods
4800 Nw 1st Street                       BANKRUPTCY MAIL INTAKE TEAM               212 West Vine Street
Lincoln, NE 68521-4463                   700 KANSAS LANE FLOOR 01                  New Wilmington PA 16142-1206
                                         MONROE LA 71203-4774

(p)US BANK                               (p)FIRST NATIONAL BANK OF OMAHA           First National Bank Of Pa
PO BOX 5229                              1620 DODGE ST                             1 Fnb Boulevard
CINCINNATI OH 45201-5229                 STOP CODE 3113                            Hermitage, PA 16148-3363
                                         OMAHA NE 68102-1593

First National Bank of Pennsylvania      Office of the United States Trustee       (p)PNC BANK RETAIL LENDING
4140 E. State Street                     Liberty Center.                           P O BOX 94982
Hermitage, PA 16148-3401                 1001 Liberty Avenue, Suite 970            CLEVELAND OH 44101-4982
                                         Pittsburgh, PA 15222-3721

Quantum3 Group LLC as agent for          Sears / Cbna                              Syncb / Amazon
MOMA Funding LLC                         Po Box 6283                               Po Box 965015
PO Box 788                               Sioux Falls, SD 57117-6283                Orlando, FL 32896-5015
Kirkland, WA  98083-0788

U.S. Bank NA dba Elan Financial Services United Refining                           Whiting Family Vision
Bankruptcy Department                    15 Bradley Street                         2055 Mercer New Wilmington Road
PO Box 108                               Warren, PA 16365-3299                     New Wilmington PA 16142-2018
St. Louis MO 63166-0108

Daniel P. Foster                         Robert David Brown                        Ronda J. Winnecour
Foster Law Offices                       2104 Pulaski Road                         Suite 3250, USX Tower
1210 Park Avenue                         New Castle, PA 16105-1830                 600 Grant Street
Meadville, PA 16335-3110                                                           Pittsburgh, PA 15219-2702
```

    The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
    by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Chase Card                               Elan Financial Service                    FNB Omaha
Po Box 15298                             Po Box 108                                Po Box 3412
Wilmington, DE 19850                     Saint Louis, MO 63166                     Omaha, NE 68103
```

(d)First National Bank of Omaha
1620 Dodge Street, Stop code 3105
Omaha, NE 68197

PNC Bank, N.A.
PO Box 94982
Cleveland, OH 44101

(d)Pnc Bank
2730 Liberty Avenue
Pittsburgh, PA 15222

(d)Us Bank
4325 17th Avenue South
Fargo, ND 58125


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)PNC BANK, National Association

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(d)Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Avenue
Pittsburgh, PA 15233-1828


End of Label Matrix
Mailable recipients    23
Bypassed recipients     3
Total                  26