Form 604

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Robert David Brown** | : | Case No. 18−20670−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 65 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 5/31/23 at 11:00 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

     *AND NOW,* this *The 28th of March, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 65 by the Chapter 13 Trustee,

     It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

     (1)  **On or before May 12, 2023**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

     (2)  This Motion is scheduled for hearing on **May 31, 2023 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

     (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

     (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing*.

                                                  _____
                                                  Gregory L. Taddonio, Chief Judge
                                                  United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20670-GLT |
| Robert David Brown | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Mar 28, 2023 | Form ID: 604 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert David Brown, 2104 Pulaski Road, New Castle, PA 16105-1830 |
| 14794127 | + | Dr. Kenneth C Woods, 212 West Vine Street, New Wilmington PA 16142-1206 |
| 14794128 | + | Whiting Family Vision, 2055 Mercer New Wilmington Road, New Wilmington PA 16142-2018 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2023 23:48:57 | Capital One Bank USA, N.A. Cabela's Club Visa, Attn: Ashley Boswell, PO Box 82609, Lincoln, NE 68501-2609 |
| 14822018 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 28 2023 23:48:50 | CAPITAL ONE BANK (USA), N.A., CABELA'S CLUB VISA, by American Infosource as agent, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 |
| 14779505 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2023 23:48:42 | Capital One / Cabelas, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 14779509 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 28 2023 23:40:00 | FNB Omaha, Po Box 3412, Omaha, NE 68103 |
| 14784193 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 28 2023 23:40:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 14779508 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 28 2023 23:40:00 | First National Bank Of Pa, 1 Fnb Boulevard, Hermitage, PA 16148-3363 |
| 14811105 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 28 2023 23:40:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14779506 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 28 2023 23:48:56 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14827225 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 28 2023 23:40:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14779510 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 28 2023 23:40:00 | Pnc Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14780177 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 28 2023 23:48:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14809634 | + | Email/Text: ebnpeoples@grblaw.com | Mar 28 2023 23:40:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14810316 | | Email/Text: bnc-quantum@quantum3group.com | Mar 28 2023 23:41:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14779511 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2023 23:48:51 | Sears / Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14779512 | + | Email/PDF: gecsedi@recoverycorp.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 28, 2023 | Form ID: 604 | Total Noticed: 22 |

| | | Mar 28 2023 23:48:42 | Syncb / Amazon, Po Box 965015, Orlando, FL 32896-5015 |
|---|---|---|---|
| 14826103 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 28 2023 23:46:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14779507 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 28 2023 23:46:00 | Elan Financial Service, Po Box 108, Saint Louis, MO 63166 |
| 14779514 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 28 2023 23:46:00 | Us Bank, 4325 17th Avenue South, Fargo, ND 58125 |
| 14779513 | + Email/Text: jsprentz@urc.com | Mar 28 2023 23:46:00 | United Refining, 15 Bradley Street, Warren, PA 16365-3299 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  National Association bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Robert David Brown dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor PNC BANK  National Association pawb@fedphe.com |

District/off: 0315-2 User: auto Page 3 of 3
Date Rcvd: Mar 28, 2023 Form ID: 604 Total Noticed: 22
TOTAL: 6