**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> ROBERT DAVID BROWN <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>         Movant <br>     vs. <br> No Respondents. | Case No.:18-20670 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.


March 28, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/23/2018 and confirmed on 5/24/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 48,840.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 48,840.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,200.00 | |
|   Trustee Fee | 2,143.92 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,343.92 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 0.00 | 9,710.40 | 0.00 | 9,710.40 |
|     Acct: 9240 | | | | |
|   PNC BANK NA | 0.00 | 24,487.20 | 0.00 | 24,487.20 |
|     Acct: 5946 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 320.79 | 320.79 | 0.00 | 320.79 |
|     Acct: 9240 | | | | |
|   PNC BANK NA | 408.12 | 408.12 | 0.00 | 408.12 |
|     Acct: 5946 | | | | |
| | | | | 34,926.51 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT DAVID BROWN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 3,200.00 | 3,200.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | ***NONE*** | | |
| **Unsecured** | | | | |
|   CAPITAL ONE BANK (USA) NA CABELAS C | 2,108.67 | 1,399.40 | 0.00 | 1,399.40 |
|     Acct: 7429 | | | | |
|   KENNETH WOOD DMD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   US BANK NA D/B/A ELAN FINANCIAL SERV | 5,341.82 | 3,545.05 | 0.00 | 3,545.05 |
|     Acct: 0516 | | | | |
|   FIRST NATIONAL BANK OF OMAHA(*) | 1,556.34 | 1,032.85 | 0.00 | 1,032.85 |
|     Acct: 4910 | | | | |
|   PNC BANK NA | 2,522.63 | 1,674.12 | 0.00 | 1,674.12 |
|     Acct: 8942 | | | | |
|   PNC BANK NA | 515.93 | 342.39 | 0.00 | 342.39 |
|     Acct: 0583 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 695.42 | 461.51 | 0.00 | 461.51 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 2671 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6807 | | | | |
| | US BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8426 | | | | |
| | WHITING FAMILY VISION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 172.16 | 114.25 | 0.00 | 114.25 |
| | Acct: 6653 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6807 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | THOMAS SONG ESQ FOR JODI L HAUSE I | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 8,569.57 |

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 43,496.08 |

TOTAL CLAIMED
PRIORITY            0.00
SECURED           728.91
UNSECURED      12,912.97

Date: 03/28/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ROBERT DAVID BROWN

       Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:18-20670

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20670-GLT |
| Robert David Brown | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Mar 28, 2023 | Form ID: pdf900 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert David Brown, 2104 Pulaski Road, New Castle, PA 16105-1830 |
| 14794127 | + | Dr. Kenneth C Woods, 212 West Vine Street, New Wilmington PA 16142-1206 |
| 14794128 | + | Whiting Family Vision, 2055 Mercer New Wilmington Road, New Wilmington PA 16142-2018 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2023 23:48:57 | Capital One Bank USA, N.A. Cabela's Club Visa, Attn: Ashley Boswell, PO Box 82609, Lincoln, NE 68501-2609 |
| 14822018 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 28 2023 23:48:50 | CAPITAL ONE BANK (USA), N.A., CABELA'S CLUB VISA, by American Infosource as agent, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 |
| 14779505 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2023 23:48:49 | Capital One / Cabelas, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 14779509 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 28 2023 23:40:00 | FNB Omaha, Po Box 3412, Omaha, NE 68103 |
| 14784193 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 28 2023 23:40:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 14779508 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 28 2023 23:40:00 | First National Bank Of Pa, 1 Fnb Boulevard, Hermitage, PA 16148-3363 |
| 14811105 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 28 2023 23:40:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14779506 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 28 2023 23:48:56 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14827225 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 28 2023 23:40:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14779510 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 28 2023 23:40:00 | Pnc Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14780177 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 28 2023 23:48:51 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14809634 | + | Email/Text: ebnpeoples@grblaw.com | Mar 28 2023 23:40:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14810316 | | Email/Text: bnc-quantum@quantum3group.com | Mar 28 2023 23:41:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14779511 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2023 23:48:51 | Sears / Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14779512 | + | Email/PDF: gecsedi@recoverycorp.com | | |

Case 18-20670-GLT    Doc 70    Filed 03/30/23    Entered 03/31/23 00:25:55    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 28, 2023 | Form ID: pdf900 | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| | | | Mar 28 2023 23:48:42 | Syncb / Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14826103 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 28 2023 23:46:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14779507 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 28 2023 23:46:00 | Elan Financial Service, Po Box 108, Saint Louis, MO 63166 |
| 14779514 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 28 2023 23:46:00 | Us Bank, 4325 17th Avenue South, Fargo, ND 58125 |
| 14779513 | + | Email/Text: jsprentz@urc.com | Mar 28 2023 23:46:00 | United Refining, 15 Bradley Street, Warren, PA 16365-3299 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  National Association bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Robert David Brown dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor PNC BANK  National Association pawb@fedphe.com |

District/off: 0315-2  User: auto  Page 3 of 3
Date Rcvd: Mar 28, 2023  Form ID: pdf900  Total Noticed: 22
TOTAL: 6