IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/15/23 11:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
ROBERT DAVID BROWN

Debtor(s)

Ronda J. Winnecour
      Movant
  vs.
No Repondents.

Case No.:18-20670

Chapter 13

Related to Docket No. 65

ORDER OF COURT

AND NOW, this 15th Day of May, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20670-GLT |
| Robert David Brown | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: May 15, 2023 | Form ID: pdf900 | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert David Brown, 2104 Pulaski Road, New Castle, PA 16105-1830 |
| 14794127 | + | Dr. Kenneth C Woods, 212 West Vine Street, New Wilmington PA 16142-1206 |
| 14794128 | + | Whiting Family Vision, 2055 Mercer New Wilmington Road, New Wilmington PA 16142-2018 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 16 2023 00:04:10 | Capital One Bank USA, N.A. Cabela's Club Visa, Attn: Ashley Boswell, PO Box 82609, Lincoln, NE 68501-2609 |
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 16 2023 00:01:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14822018 | + | Email/PDF: ebn_ais@aisinfo.com | May 16 2023 00:15:00 | CAPITAL ONE BANK (USA), N.A., CABELA'S CLUB VISA, by American Infosource as agent, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 |
| 14779505 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 16 2023 00:14:46 | Capital One / Cabelas, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 14779509 | | Email/Text: collecadminbankruptcy@fnni.com | May 16 2023 00:01:00 | FNB Omaha, Po Box 3412, Omaha, NE 68103 |
| 14784193 | | Email/Text: collecadminbankruptcy@fnni.com | May 16 2023 00:01:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 14779508 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 16 2023 00:01:00 | First National Bank Of Pa, 1 Fnb Boulevard, Hermitage, PA 16148-3363 |
| 14811105 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 16 2023 00:01:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14779506 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 16 2023 00:14:45 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14827225 | | Email/Text: Bankruptcy.Notices@pnc.com | May 16 2023 00:00:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14779510 | | Email/Text: Bankruptcy.Notices@pnc.com | May 16 2023 00:00:00 | Pnc Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14780177 | + | Email/PDF: rmscedi@recoverycorp.com | May 16 2023 00:40:25 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14809634 | + | Email/Text: ebnpeoples@grblaw.com | May 16 2023 00:01:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14810316 | | Email/Text: bnc-quantum@quantum3group.com | May 16 2023 00:01:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14779511 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 18-20670-GLT    Doc 80    Filed 05/17/23    Entered 05/18/23 00:25:45    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 15, 2023 | Form ID: pdf900 | Total Noticed: 23 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | May 16 2023 00:02:53 | Sears / Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14779512 | + | Email/PDF: gecsedi@recoverycorp.com |  |  |
|  |  |  | May 16 2023 00:03:36 | Syncb / Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14826103 |  | Email/Text: RPSBankruptcyBNCNotification@usbank.com |  |  |
|  |  |  | May 16 2023 00:01:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14779507 |  | Email/Text: RPSBankruptcyBNCNotification@usbank.com |  |  |
|  |  |  | May 16 2023 00:01:00 | Elan Financial Service, Po Box 108, Saint Louis, MO 63166 |
| 14779514 |  | Email/Text: RPSBankruptcyBNCNotification@usbank.com |  |  |
|  |  |  | May 16 2023 00:01:00 | Us Bank, 4325 17th Avenue South, Fargo, ND 58125 |
| 14779513 | + | Email/Text: jsprentz@urc.com |  |  |
|  |  |  | May 16 2023 00:02:00 | United Refining, 15 Bradley Street, Warren, PA 16365-3299 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | PNC BANK, National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 17, 2023              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  National Association bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Robert David Brown dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: May 15, 2023 | Form ID: pdf900 | Total Noticed: 23

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas Song
on behalf of Creditor PNC BANK National Association pawb@fedphe.com

TOTAL: 7